IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Luis and Deanna Arce, Plaintiffs, vs. Wilbur S. and Naomi L. Taylor, Defendants. | 00-8064 Case Number: CIV - HURLEY FRANK J. LYNCH, JR. UNITED STATES MAGISTRATE JUDGE |

**COMPLAINT**

**INTRODUCTION**

1. This is an action initiated for the denial of federally secured rights of fair housing. It seeks declaratory and injunctive relief as well as damages for the denial of equal housing opportunities based on familial status.

**JURISDICTION AND CLAIMS**

2. Jurisdiction is invoked pursuant to 42 U.S.C. §§3612 and 3617 as well as 28 U.S.C. §§ 1331 and 1343 (3) and (4). Claims are asserted pursuant to Title VIII of the Civil Rights Act of 1968, the Fair Housing Act, 42 U.S.C. §§ 3601, *et seq.*, the Civil Rights Act of 1870, 42 U.S.C. § 1981, and the Civil Rights Act of 1866, 42 U.S.C. § 1982. To the extent declaratory relief is sought, claims are asserted pursuant to 28 U.S.C. §§ 2201-2202. Pendent claims are asserted pursuant to 28 U.S.C. § 1367.

**PARTIES**

3. Plaintiffs Luis and Deanna Arce ("Arces"), at all times material hereto were and are residents of Palm Beach County, Florida.

4. Defendant's, Wilbur S. and Naomi L Taylor ("Taylors") are owners of the property located at 2372 and 2373 Taylor Lane, West Palm Beach, Florida, Palm Beach County.

**COUNT I**

5. Plaintiffs' reassert the foregoing allegations and incorporate them by reference as if fully set forth herein.

6. Since at least 1999 and continuing to date, defendants have engaged in familial status discrimination in housing by restricting rentals at 2372 and 2373 Taylor Lane to persons with only one (1) child.

7. 2372 and 2373 Taylor Lane have been and continue to be maintained as an exclusively or nearly exclusively housing complex which only allows families with one (1) child.

8. Defendants have represented both orally and by posted notice that only families with one (1) child will be allowed to rent said units.

9. Defendants' acts and conduct were and continue to be intentional and in wanton and reckless disregard of the rights of the plaintiffs.

10. Defendants have provided terms, conditions and facilities in an unlawfully discriminatory fashion based on familial status.

11. Defendants have otherwise made unavailable to the plaintiffs equal housing opportunities based on familial status.

12. Unless defendants are enjoined, plaintiffs have no adequate remedy at law in order to insure that present and future practices denying persons equal housing opportunities based on familial status will not be practiced.

13. As a result of the acts and conduct of the defendants, plaintiffs have suffered and continues to suffer interference with their mission, diversion of their resources and obstruction of their purpose of ensuring equal housing opportunities throughout Palm Beach County, Florida

## COUNT II

14. Plaintiffs reassert the foregoing allegations and incorporate them by reference as if fully set forth herein.

15. Defendants have engaged in a pattern and practice of resistance to rights assured under the Fair Housing Act by denying persons based on Familial Status equal housing opportunities in the marketing and rental of suites at 2372 and 2373 Taylor Lane.

16. The acts and conduct of the defendants have been and continue to be intentional, malicious and in wanton and reckless disregard of the rights of all persons seeking to secure equal housing opportunities and conditions free from restrictions of familial status.

17. The purpose and effect of defendants' unlawful actions and interference are and continue to interfere with the rights, mission, resources and purpose of the plaintiff in violation of Section 818 of the Fair Housing Act, 42 U.S.C. § 3617.

WHEREFORE, plaintiffs urge this Court to grant the following relief:

A. Declare that the acts and conduct of the defendants constitute violations of Title VIII of the Civil Rights Act of 1968, the Fair Housing Act, 42 U.S.C. §§3601 *et seq.*, the Civil Rights Act of 1870, 42 U.S.C. § 1981 and the Civil Rights Act of 1866, 42 U.S.C.

§ 1982 as well as violations of the anti-interference provisions of the Fair Housing Act, Section 818, 42 U.S.C. § 3617;

B. Permanently enjoin the defendants, their agents, employees and representatives from engaging in any future act of denying persons equal housing opportunities on account of familial status.

C. Direct that the defendants engage in affirmative fair housing marketing to correct the effects of their familial discriminatory housing practices, including, but not limited to:

(1) the development of a compliance monitoring system which will provide tracking on the basis of familial status applicants and residents and the treatment thereof; (2) the participation in a fair housing educational program offered by one of a number of fair housing organizations in Palm Beach County and (3) the utilization in all forms of advertising the phrase "Equal Housing Opportunity" or the utilization of the Fair Housing Logo.

D. Grant to the plaintiff and against the defendants compensatory damages in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) and exemplary and punitive damages in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) along with all other relief as expressly provided by statute;

E. Grant any additional relief which the court deems just and equitable

**DAVIS, GORDON & DONER, P.A.**
Attorney of Plaintiff
515 North Flagler Drive, Suite 700
West Palm Beach, Florida 33401
(561) 659-7337

BY:____________________________
ERIC D. HIGHTOWER, ESQUIRE
Florida Bar No. 0745324

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

00-8064

CIV-HURLEY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** LUIS and DEANNA ARCE

**DEFENDANTS** WILBUR S. and NAOMI L. TAYLOR

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Palm Beach
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DAVIS, GORDON & DONER, P.A. (561)659-7337
515 North Flagler Drive, Suite 700
West Palm Beach, Florida 33401

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, (PALM BEACH), MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- XX 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- XX 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**A CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- B☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**A REAL PROPERTY**
- ☐ 210 Land Condemnation
- B☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**A TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**A CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- XX 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- B☐ 510 Motions to Vacate Sentence

HABEAS CORPUS:
- B☐ 530 General
- A☐ 535 Death Penalty
- B☐ 540 Mandamus & Other
- B☐ 550 Civil Rights
- B☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- B☐ 610 Agriculture
- B☐ 620 Other Food & Drug
- B☐ 625 Drug Related Seizure of Property 21 USC 881
- B☐ 630 Liquor Laws
- B☐ 640 R.R. & Truck
- B☐ 650 Airline Regs
- B☐ 660 Occupational Safety/Health
- B☐ 690 Other

**A LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- A☐ 791 Empl. Ret. Inc. Security Act

**A BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**A PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**B SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- A☐ 870 Taxes (U.S. Plaintiff or Defendant)
- A☐ 871 IRS – Third Party 26 USC 7609

**A OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- B☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

A OR B

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. 3601
Fair Housing Act

LENGTH OF TRIAL
via 3 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND** $100,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** XX YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions) JUDGE ______ DOCKET NUMBER ______

DATE [signature] SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # 711803 AMOUNT $150.00 APPLYING IFP ______ JUDGE Hurley MAG. JUDGE Lynch